IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**M & W AND ASSOCIATES, INC.** **PLAINTIFF**

**V.** **CIV. ACTION. NO. 1:09cv293-HSO-JMR**

**COASTAL PAPER COMPANY;**
**VAN TIMBER COMPANY; AND**
**VAN PAPER COMPANY** **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on for consideration this day on the ore tenus motion of M&W and Associates, Inc. and Coastal Paper Company, Van Timber Company and Van Paper Company (collectively "Coastal Paper") requesting this Court to dismiss this action with prejudice. Having considered the motion, and having been informed that the Parties have entered into an agreement for the compromise and settlement of all claims asserted in this action, and being fully informed in the premises, this Court finds that the motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice; that each Party shall bear its own costs, including without limitation attorneys' fees and other costs and expenses of litigation; and that this Court retains jurisdiction to the extent necessary to enforce the terms of the settlement agreement.

SO ORDERED on this the 22nd day of October, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

01078798

**AGREED**:


ATTORNEYS FOR COASTAL PAPER COMPANY,
VAN TIMBER COMPANY AND VAN PAPER COMPANY


*/S/ James A. McCullough, II*
James A. McCullough, II (MSB No. 10175)
Stephen J. Carmody (MSB No. 8345)
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205


ATTORNEYS FOR M & W AND ASSOCIATES, INC.:


*/S/ George E. Fair*
George E. Fair (MSB No. 5118)
John Low, IV (MSB No. 1453)
Watkins & Eager PLLC
P. O. Box 650
Jackson, MS 39205-0650

01078798